# Court of Appeals
# of the State of Georgia

ATLANTA,  June 28, 2017

*The Court of Appeals hereby passes the following order:*

## A17A1874. CARLOS S. MADDOX v. RAZOR CAPITAL, LLC AS ASSIGNEE OF GUARANTY BANK d/b/a BEST BANK.

This case originated as a collection action in Magistrate Court. Following an adverse ruling, defendant Carlos S. Maddox appealed to Superior Court. The Superior Court awarded $845.46 in damages and $129.00 in court costs to the plaintiff, and Maddox appealed. We lack jurisdiction for two reasons.

First, OCGA § 5-6-35 (a) (6) requires the filing of an application for discretionary appeal "in all actions for damages in which the judgment is $10,000.00 or less." *Jennings v. Moss*, 235 Ga. App. 357 (509 SE2d 655) (1998). Second, OCGA § 5-6-35 (a) (1) requires an application for discretionary appeal from an order of the superior court disposing of a de novo appeal from a magistrate court decision. See *English v. Delbridge*, 216 Ga. App. 366, 367 (454 SE2d 175) (1995). Because Maddox failed to follow the requisite appellate procedure, we lack jurisdiction over this direct appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  06/28/2017
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.


, Clerk.